UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Cambria Company LLC, | Case No.: 0:12-cv-00228-JRT-AJB |
| Plaintiff, | |
| v. | **DEFENDANT PENTAL GRANITE & MARBLE, INC.'S MOTION TO COMPEL ANSWERS TO SECOND SET OF INTERROGATORIES** |
| Pental Granite & Marble, Inc., and Vinaconex Advanced Compound Stone Joint Stock Company, | |
| Defendants. | |

Defendant Pental Granite & Marble, Inc. ("Pental") respectfully moves this Court to enter an order to compel Plaintiff Cambria Company LLC to answer Interrogatories 16-19 and 22-28 in Pental's Second Set of Interrogatories pursuant to Federal Rules of Civil Procedure 26, 33, and 37. Said motion is brought pursuant to Federal Rules of Civil Procedure 26, 33, and 37; the pleadings, files, records, and affidavits in this matter; a memorandum of law and declaration to be filed; and the arguments of counsel.

Dated:  August 29, 2013

s/ Jeffrey M. Thompson
Bradley M. Jones, SB#52413
Jeffrey M. Thompson, SB#197245
John E. Radmer, SB#0386973
Anthony J. Alt, SB#0389884
MEAGHER & GEER, P.L.L.P.
33 South Sixth Street, Ste. 4400
Minneapolis, MN  55402
Tel:   612-338-0661

(*Attorneys for Defendant Pental Granite & Marble, Inc.*)

\9214842.1